■ BURKINS & FOLEY, INC., Respondent, v. GEORGE GOLOWATY, Doing Business as COMMERCIAL GMC TRUCK SALES & SERVICE, Appellant.— *Per Curiam.*

576

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum *Per Curiam*.